UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Glad Investment Group, LLC, a California limited liability company; Becker Automotive Corporation, a California corporation**; and Does 1-10, <br><br> Defendants | Case No.: **2:14-CV-01462-JAM-CKD** <br><br> **ORDER EXTENDING TIME FOR DEFENDANT GLAD INVESTMENT GROUP, LLC TO RESPOND** <br><br> (Filed concurrently with Stipulation to Extend Time to Respond) <br><br> Complaint Filed: June 19, 2014 |

Pursuant to Stipulation to Extend Time to Respond entered into by Plaintiff Scott Johnson, Defendant Glad Investment Group, LLC, and Defendant Becker Automotive Corporation, by and through their respective counsel, IT IS HEREBY ORDERED THAT:

Defendant Glad Investment Group, LLC, shall file and serve its response to the Complaint on or before September 8, 2014.

Date: 8/26/2014                    /s/ John A. Mendez_____
                                    U.S. District Court Judge

-1-