UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>     v.<br><br>Glad Investment Group, LLC, a California Limited Liability Company;<br>Becker Automotive Corporation, a California Corporation; and Does 1-10,<br><br>            Defendants | Case: 2:14-CV-01462-JAM-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 9/25/2014     /s/ John A. Mendez_____
                     HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal          Case: 2:14-CV-01462-JAM-CKD